UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

|  |  |  |
|---|---|---|
| JOSE ARELLANO ESCUBEDO | ) | CASE NO: 6:26-cv-685 |
| *Plaintiff,* | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| BRIAN PATTERSON, Warden, Pine Prairie Detention | ) |  |
| Center; MELISSA HARPER, Director, U.S. Immigrations | ) |  |
| and Customs Enforcement, New Orleans Field Office; | ) |  |
| TODD LYONS, Acting Director, U.S. Immigration and | ) |  |
| Customs Enforcement; KRISTI NOEM, Secretary, U.S. | ) |  |
| Department of Homeland Security, and; PAMELA | ) |  |
| BONDI, U.S. Attorney General, in their official capacities. | ) |  |
| *Defendants.* | ) |  |
|  | ) |  |

ORDER

**IT IS ORDERED** that Petitioner's Motion to Voluntarily Dismiss is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

Signed and ordered on this 10th day of April, 2026, at Alexandria, Louisiana

_____
UNITED STATES DISTRICT JUDGE